This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**PNC MORTGAGE, a division of PNC BANK, NATIONAL ASSOCIATION,**

Plaintiff-Appellee,

**v.**                                                    **No. 34,172**

**HARBHAJAN KHALSA a/k/a HARBHAJAN S. KHALSA,**

Defendant-Appellant,

**and**

**OCCUPANTS, WHOSE TRUE NAMES ARE UNKNOWN, IF ANY, and THE UNKNOWN SPOUSE OF HARBHAJAN KHALSA a/k/a HARBHAJAN S. KHALSA, IF ANY,**

Defendants.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**Francis J. Mathew, District Judge**

Brownstein, Hyatt, Farber & Schreck, LLP
Adam E. Lyons
Albuquerque, NM

for Appellee

Gleason Law Firm, LLC
Deirdre Gleason
Santa Fe, NM

for Appellant

# MEMORANDUM OPINION

**GARCIA, Judge.**

{1}    Summary dismissal for a non-final order was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary dismissal has been filed, and the time for doing so has expired.

{2}    The appeal is dismissed for lack a of final order and remanded to the district court for further proceedings.

{3}    **IT IS SO ORDERED.**

_____

**TIMOTHY L. GARCIA, Judge**

**WE CONCUR:**

_____

**MICHAEL E. VIGIL, Chief Judge**

_____

**JAMES J. WECHSLER, Judge**